UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-23805-KMW

HENRY OMAR NAVAS CANTARERO, and )
all others similarly situated under 29 U.S.C. )
216(b), )
  )
  )
         Plaintiff, )
   vs. )
  )
  )
PRECAD, INC.; FRANCISCO GARZA )
  )
         Defendants. )
_____ )

## STATEMENT OF CLAIM

Plaintiff, Henry Omar Navas Cantarero, by and through his undersigned counsel and hereby files his State of Claim related to this Federal Overtime Claim.

a. **Federal Overtime Claim**

   1. **Halftime Overtime Computation**

      1. Period of Claim:     April 1, 2014 through May 22, 2015

      2. Weeks:               59 weeks

      3. Hourly Rate:         $16.33

      4. Halftime overtime rate for hours over 40 not compensated:  $8.16

      5. Approximate hours worked over 40 per week:     11

      6. Calculation of overtime wages unpaid and owed:  $8.16/hr x11 hrs/wk x 59/wks=$5,299.08 for halftime overtime rate.

      7. *Double Damages: $ 5,299085x 2 = $10,598.17*

   2. **Time and Half Hour Computation**

.     8. Time and Half overtime rate for hours over 40 not compensated:  $24.49

9. Approximate hours worked over 40 per week: 12[1]

10. Calculation of overtime wages unpaid and owed: $24.49/hr x12 hrs/wk x 59/wks=$17,338.92 for time and half overtime rate.

7. *Double Damages: $ 17,338.92x 2 = $34,677.84*

b. **Total Combined Overtime Claim**

**Total Claim: $45, 276.01**

Dated October 14, 2015.                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/Steven C. Fraser__
　　　　　　　　　　　　　　　　　　　　　　　　　　　Steven C. Fraser, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 625825
　　　　　　　　　　　　　　　　　　　　　　　　　　　J.H. Zidell, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　300 71st Street #605
　　　　　　　　　　　　　　　　　　　　　　　　　　　Miami Beach, Florida 33141
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (305) 865-6766
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (305) 865-7167
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: steven.fraser.esq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was sent via CM/ECF to on this 14th day of October 2015. As of October 14, 2015 no attorney has made an appearance for Defendants.

　　　　　　　　　　　　　　　　　　　　　　　By:__/s/Steven C. Fraser_____
　　　　　　　　　　　　　　　　　　　　　　　　　Steven C. Fraser, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 625825

---

[1] Time spent loading and unloading work truck and traveling to and from/to employer's place of business on loaded work truck.