UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23805-KMW

HENRY OMAR NAVAS CANTARERO )
a/k/a DELVIS LINARES, )
 )
      Plaintiff, )
  vs. )
 )
PRECAD, INC. d/b/a PRUDENTIS )
ROOFING and FRANCISCO GARZA, )
 )
      Defendants. )
_____)

**NOTICE OF FILING JOINT PROPOSED ORDER SCHEDULING MEDIATION**

COMES NOW Plaintiff, by and through undersigned counsel, pursuant to the Court's Order entered on December 24, 2015 [DE 24]. The parties have mutually agreed upon a date certain for mediation, and hereby file the following:

1. The Parties' Joint Proposed Order Scheduling Mediation.

Respectfully submitted this January 28, 2016.

                Respectfully Submitted,

                J.H. Zidell, P.A.
                *Attorneys for Plaintiff*
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167

                By: /s/ Stephen M. Fox Jr
                Stephen Michael Fox Jr
                Florida Bar No.: 0110359

## CERTIFICATE OF SERVICE

I hereby certify that as of January 28, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ *Stephen M. Fox, Jr.*
Stephen Michael Fox Jr
Florida Bar No.: 0110359

## SERVICE LIST

Wayne H. Schwartz
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
561-981-9988
Schwartz@leemlaw.com
*Attorney for Defendants*