UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23805-WILLIAMS/SIMONTON

HENRY OMAR NAVAS CANTARERO
a/k/a DELVIS LINARES,

    Plaintiff,

v.

PRECAD, INC. d/b/a PRUDENTIS ROOFING
and FRANCISCO GARZA,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF COMPLIANCE

Defendants PRECAD, INC. d/b/a PRUDENTIS ROOFING and FRANCISCO GARZA, by their undersigned counsel, hereby file their Certificate of Compliance stating that all documents in support of their defense have been exchanged. [See ECF No. 21, Section 2].

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CASE NO. 15-CV-23805-WILLIAMS/SIMONTON

Dated: February 1, 2016
      Boca Raton, Florida

Respectfully submitted,

*/s/ Wayne Schwartz*
_____
WAYNE H. SCHWARTZ (Bar No. 907390)
schwartz@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431
Telephone:  (561) 981-9988
**Attorneys for Defendants**
**PRECAD, INC. d/b/a PRUDENTIS ROOFING**
**and FRANCISCO GARZA**

CASE NO. 15-CV-23805-WILLIAMS/SIMONTON

## SERVICE LIST

J. H. Zidell, P.A.
J. H. Zidell, Esq.
zabogado@aol.com
Steven Fraser, Esq.
steven.fraser.esq@gmail.com
Stephen Michael Fox, Jr., Esq.
stephen.fox.esq@gmail.com
300 71st St., #605
Miami Beach, FL  33141