UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23805-CIV-SIMONTON

HENRY OMAR NAVAS CANTARERO,

    Plaintiff,

vs.

PRECAD, INC., and
FRANCISCO GARZA,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Amended Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, ECF No. [48].[1] Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF No. [46].

This action involves claims brought by Plaintiff Henry Omar Nava Cantarero against Defendants Precad, Inc., and Francisco Garza for alleged overtime violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), ECF No. [1]. The Parties have now filed the instant Amended Joint Motion requesting, *inter alia*, that the undersigned approve the Settlement Agreement, dismiss the action with prejudice and retain jurisdiction to enforce timely payment, ECF No. [48]. The Parties have submitted the executed Settlement Agreement to the undersigned for review.

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable

---

[1] The Parties previously submitted a Joint Motion for Approval of Settlement that contained a mathematical error, ECF No. [47]. The Parties have now submitted the instant Amended Joint Motion for Approval of Settlement which corrects the error.

resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

The undersigned has considered the terms of the written Settlement Agreement, as well as the pertinent portions of the record, and is otherwise fully advised in the premises. Based thereon, the undersigned finds that the settlement reached by the Parties is a fair and reasonable resolution of the Parties' bona fide dispute.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Amended Joint Motion for Approval of Settlement Agreement, ECF No. [48] is **GRANTED**. It if further

**ORDERED AND ADJUDGED** that the Settlement Agreement is **APPROVED**. It is further

**ORDERED AND ADJUDGED** that, as requested by the Parties in the Motion, the Court shall retain jurisdiction over this matter to enforce the terms of payment under the Agreement until August 1, 2016. It is further

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice and the case is hereby **CLOSED** and all pending Motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in chambers at Miami, Florida, on April 12, 2016.

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies provided via CM/ECF to:**

**All counsel of record**

3